UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60267-LEIBOWITZ/STRAUSS

**ANTONIO BENTO,**

   *Plaintiff,*

v.

**CONCRETE USA, INC. et al.,**

   *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation [ECF No. 68] in which United States Magistrate Judge Jared M. Strauss recommends: (1) granting the parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice [ECF No. 66]; and (2) approving the parties' settlement agreement as fair and reasonable [ECF No. 66-1]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is hereby, **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 68**] is **AFFIRMED** and **ADOPTED**.

2. The Joint Motion for Approval of FLSA Settlement Agreement [**ECF No. 66**] is **GRANTED**.

3. The parties' Settlement Agreement and Release [ECF No. 66-1] is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Court will retain jurisdiction over this matter for sixty (60) days for the limited purpose of enforcing the parties' Settlement Agreement and Release.

6. This case is **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on this February 7, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record